The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>MARCO CALVERT-MAJORS, and<br>ADAM ANDERSON-DOTSON,<br><br>     Defendants. | No. CR21-53 RSM<br><br>CASE SCHEDULING ORDER |
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>KENNETH N. LEE,<br><br>     Defendant. | No. CR21-56 RSM |

Case Scheduling Order - 1
*U.S. v. Calvert-Majors et al.,* CR21-53RSM,
*U.S. v. Lumumba-Olabisi et al.,* CR21-56RSM,
*U.S. v. Snipes et al.,* CR21-57, *U.S. v. McGee et al.,* CR21-58RSM,
*U.S. v. Ezell,* CR21-62 RSM, *U.S. v. Clemente,* CR21-63 RSM,
*U.S. v. Jordan,* CR 21-64 RSM, *U.S. v. Evans,* CR21-68 RSM,
*U.S. v. Daniels,* CR 21-69 RSM, *U.S. v. Arambula et al,* CR21-107 RSM,
*U.S. v. Moreno Aguirre et al.,* CR21-108 RSM, *U.S. v. Abercrombie,* CR21-117 RSM,
*U.S. v. Hawkins,* CR21-5213 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>CURTIS G. SNIPES,<br>RICHARD D. LEWIS,<br>YUSEF H. PARRISH,<br><br>                    Defendants. | No. CR21-57 RSM |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>EUGENE MCGEE, and<br>RANDOLPH P. BROWN,<br><br>                    Defendants. | No. CR21-58 RSM |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>TERRY EZELL,<br><br>                    Defendant. | No. CR21-62 RSM |

Case Scheduling Order - 2
*U.S. v. Calvert-Majors et al.,* CR21-53RSM,
*U.S. v. Lumumba-Olabisi et al.,* CR21-56RSM*,*
*U.S. v. Snipes et al.,* CR21-57*, U.S. v. McGee et al.,* CR21-58RSM*,*
*U.S. v. Ezell,* CR21-62 RSM*, U.S. v. Clemente,* CR21-63 RSM*,*
*U.S. v. Jordan,* CR 21-64 RSM*, U.S. v. Evans,* CR21-68 RSM*,*
*U.S. v. Daniels,* CR 21-69 RSM*, U.S. v. Arambula et al,* CR21-107 RSM*,*
*U.S. v. Moreno Aguirre et al.*, CR21-108 RSM*, U.S. v. Abercrombie,* CR21-117 RSM*,*
*U.S. v. Hawkins*, CR21-5213 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>CESAR CLEMENTE,<br><br>                      Defendant. | No. CR21-63 RSM |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>CRAIG JORDAN,<br><br>                      Defendant. | No. CR21-64 RSM |
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>DAVON A. EVANS,<br><br>                      Defendant. | No. CR21-68 RSM |
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>CARLOS ROMALLIS DANIELS,<br><br>                      Defendant. | No. CR21-69 RSM |

Case Scheduling Order - 3
*U.S. v. Calvert-Majors et al.,* CR21-53RSM,
*U.S. v. Lumumba-Olabisi et al.,* CR21-56RSM*,*
*U.S. v. Snipes et al.,* CR21-57*, U.S. v. McGee et al.,* CR21-58RSM*,*
*U.S. v. Ezell,* CR21-62 RSM*, U.S. v. Clemente,* CR21-63 RSM*,*
*U.S. v. Jordan,* CR 21-64 RSM*, U.S. v. Evans,* CR21-68 RSM*,*
*U.S. v. Daniels,* CR 21-69 RSM*, U.S. v. Arambula et al* CR21-107 RSM*,*
*U.S. v. Moreno Aguirre et al.*, CR21-108 RSM*, U.S. v. Abercrombie,* CR21-117 RSM*,*
*U.S. v. Hawkins*, CR21-5213 RSM

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>CESAR ARAMBULA, and<br>RAUL BARRETO BEJINES,<br><br>                      Defendants. | No. CR21-107 RSM |
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>RAFAEL RAMIREZ,<br>SAMUEL DUARTE AVILA,<br>SERGIO REYES-PINA,<br>ELYAS MOHAMED KEROW,<br>DAVID WILLIAM ARMER,<br>BRETT DAVID RADCLIFF,<br><br>                      Defendants. | No. CR21-108 RSM |
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>EDWARD ABERCROMBIE,<br><br>                      Defendant. | No. CR21-117 RSM |

Case Scheduling Order - 4
*U.S. v. Calvert-Majors et al.,* CR21-53RSM,
*U.S. v. Lumumba-Olabisi et al.,* CR21-56RSM*,*
*U.S. v. Snipes et al.,* CR21-57, *U.S. v. McGee et al.,* CR21-58RSM*,*
*U.S. v. Ezell,* CR21-62 RSM*, U.S. v. Clemente,* CR21-63 RSM*,*
*U.S. v. Jordan,* CR 21-64 RSM*, U.S. v. Evans,* CR21-68 RSM*,*
*U.S. v. Daniels,* CR 21-69 RSM*, U.S. v. Arambula et al,* CR21-107 RSM*,*
*U.S. v. Moreno Aguirre et al.*, CR21-108 RSM*, U.S. v. Abercrombie,* CR21-117 RSM*,*
*U.S. v. Hawkins*, CR21-5213 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>   v.<br><br>KENDLE RASHEN HAWKINS,<br><br>                              Defendant. | No. CR21-5213 RSM |

These related cases were scheduled for a status conference before this Court on February 10, 2022, at 11:00 a.m. Because of the current ongoing pandemic and the number of defendants remaining in this case, the government and 17 of the parties have jointly moved to strike the status conference and to enter a case scheduling order.[1]

The Court being fully advised, and having heard from any objecting parties, the Court GRANTS the motion. The status conference scheduled for February 10, 2022, is STRICKEN. The Court sets the following schedule with respect to briefing of pretrial motions:

/ / /

/ / /

---

[1] The parties who joined the motion are set forth in the Joint Motion.

Case Scheduling Order - 5
*U.S. v. Calvert-Majors et al.,* CR21-53RSM,
*U.S. v. Lumumba-Olabisi et al.,* CR21-56RSM*,*
*U.S. v. Snipes et al.,* CR21-57, *U.S. v. McGee et al.,* CR21-58RSM*,*
*U.S. v. Ezell,* CR21-62 RSM*, U.S. v. Clemente,* CR21-63 RSM*,*
*U.S. v. Jordan,* CR 21-64 RSM*, U.S. v. Evans,* CR21-68 RSM*,*
*U.S. v. Daniels,* CR 21-69 RSM*, U.S. v. Arambula et al,* CR21-107 RSM*,*
*U.S. v. Moreno Aguirre et al.*, CR21-108 RSM, *U.S. v. Abercrombie,* CR21-117 RSM*,*
*U.S. v. Hawkins*, CR21-5213 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | Defense pretrial motions due: | March 16, 2022 |
| 2 | Government's responses due: | April 13, 2022 |
| 3 | Optional reply briefs due: | April 15, 2022 |
| 4 | Motions hearing dates, if needed: | April 25 and 26, 2022 |

DATED this 4th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Case Scheduling Order - 6
*U.S. v. Calvert-Majors et al.,* CR21-53RSM,
*U.S. v. Lumumba-Olabisi et al.,* CR21-56RSM,
*U.S. v. Snipes et al.,* CR21-57, *U.S. v. McGee et al.,* CR21-58RSM,
*U.S. v. Ezell,* CR21-62 RSM, *U.S. v. Clemente,* CR21-63 RSM,
*U.S. v. Jordan,* CR 21-64 RSM, *U.S. v. Evans,* CR21-68 RSM,
*U.S. v. Daniels,* CR 21-69 RSM, *U.S. v. Arambula et al,* CR21-107 RSM,
*U.S. v. Moreno Aguirre et al.*, CR21-108 RSM, *U.S. v. Abercrombie,* CR21-117 RSM,
*U.S. v. Hawkins,* CR21-5213 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970