The Honorable Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-0064 RSM |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |
| CRAIG JORDAN | |
| Defendant. | |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its response to defendant's motion to suppress evidence that does not exceed 25 pages in length.

//

//

//

Order Permitting Excess Pages - 1
*United States v. CRAIG JORDAN*/ CR21-0064 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 1st day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

6  PRESENTED BY:
7  */s/ Erin H. Becker*
ERIN H. BECKER
8  Assistant United States Attorney

Order Permitting Excess Pages - 2
*United States v. CRAIG JORDAN*/ CR21-0064 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970