The Honorable Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> CRAIG JORDAN <br><br> Defendant. | NO. CR21-0064 RSM <br><br> ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal and because Exhibit 5 contains protected information,

It is hereby ORDERED that Exhibit 5 shall remain sealed pursuant to the protective order issued in this case.

DATED this 1st day of February, 2023.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order to Seal - 1
*United States v. CRAIG JORDAN*/ CR21-0064 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970