The Honorable Ricardo S. Martinez

UNITED STATES COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-064 RSM |
|---|---|
| Plaintiff, | DEFENSE [~~PROPOSED~~] ORDER PERMITTING EXCESS PAGES |
| v. | |
| CRAIG JORDAN, | |
| Defendant. | |

The Court, having reviewed the Motion of the Defense to File a Brief in Excess of Six

Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED.  The Defense may file its Reply

to defendant's motion to suppress evidence that does not exceed 13 pages in length.

Dated this 24th day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order Permitting Excess Pages

Walsh & Larrañaga
140 Lakeside Ave., Suite A - #338
Seattle, WA 98104
(206) 325-7900

1

PRESENTED BY:

*/s/ Mark A. Larrañaga*
Mark A. Larrañaga, WSBA 22715
140 Lakeside Ave., Suite A-338
Seattle, WA 98122
206.972.0151

Order Permitting Excess Pages

Walsh & Larrañaga
140 Lakeside Ave., Suite A - #338
Seattle, WA 98104
(206) 325-7900

2