The Honorable Ricardo S. Martinez

# UNITED STATES COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG JORDAN,<br><br>Defendant. | NO. CR21-064 RSM<br><br>DEFENSE [PROPOSED] ORDER ON MOTION TO WITHDRAW |

The Court, having reviewed the Defense Counsel Larrañaga's Motion to Withdraw Conference, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.

Dated this 12 day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

Walsh & Larrañaga
140 Lakeside Ave., Suite A - #338
Seattle, WA 98104
(206) 325-7900

1

PRESENTED BY:

/s/ Mark A. Larrañaga
Mark A. Larrañaga, WSBA 22715
140 Lakeside Ave., Suite A-338
Seattle, WA 98122
206.972.0151

~~PROPOSED~~ ORDER

Walsh & Larrañaga
140 Lakeside Ave., Suite A - #338
Seattle, WA 98104
(206) 325-7900

2